

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| Antonio Lopez, | § | |
| Appellant, | § | No. 08-17-00039-CR |
| | § | Appeal from the |
| v. | § | 171st District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D04452) |
| | § | |

## O R D E R

Pending before the Court is Appellant's motion to abate the appeal and remand the case to the trial court for findings of fact and conclusions of law. The motion is GRANTED. The above-styled and numbered appeal is abated and the cause is remanded to the trial court for entry of written findings of fact and conclusions of law related to the voluntariness of a statement(s) made by Appellant as required by Article 38.22, section 6 of the Texas Code of Criminal Procedure. The trial court shall file the written findings and conclusions with the trial court clerk no later than January 6, 2018. The trial court clerk shall include the findings and conclusions in a supplemental clerk's record and forward it to this Court no later than January 11, 2018. The appeal will be reinstated by order of the Court after the supplemental clerk's record is filed.

IT IS SO ORDERED this 7th day of December, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.